UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FOUNDATION STRUCTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | CIVIL ACTION <br><br> No. 08-4763 <br><br> **FILED** <br> AUG 2 5 2009 <br> MICHAEL E. ...NZ, Clerk <br> By_____Dep. Clerk |

## ORDER

AND NOW, this 24 day of August, 2009, for the reasons set forth in the accompanying opinion, it is hereby **ORDERED** that the motion of plaintiff Foundation Structures, Inc. for entry of default judgment is conditionally **DENIED**. It is further ordered that the motion of defendant Safeco Insurance Company of America to set aside the entry of default is conditionally **DENIED**. If, within 30 days of this order, defendant Safeco submits evidence setting forth a meritorious defense, the court will reconsider lifting the default entered against defendant Safeco and will also reconsider plaintiff's request for entry of default judgment.

BY THE COURT:

_/s/ Pollak_
Pollak, J.

11